IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-CV-10-FL

GIGI NICK,                                          )
                                                    )
                    Plaintiff,                      )
                                                    )
        v.                                          )               ORDER
                                                    )
McCALL'S BAR-B-QUE & SEAFOOD        )
RESTAURANT, INC.,                           )
                                                    )
                    Defendant.                    )


The court has been advised that the parties have settled all matters in controversy among

them. Therefore, this matter is DISMISSED subject to the right of any party to file a motion to

reopen the case should settlement not be consummated within forty-five (45) days hereof. **The**

**parties are directed to file their Stipulation of Dismissal With Prejudice on or before May 29,**

**2015.**

As there appears to be no further reason at this time to maintain the file as an open one for

statistical purposes, this case is removed from the active docket.

SO ORDERED, this 14th day of April, 2015.

_____
LOUISE W. FLANAGAN
United States District Judge